# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  SA CV 14-1435-WDK (PLAx)                                                              Date July 28, 2015

Title:   J & J Sports Productions, Inc. v. Tarek Yousef

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      (ORDER TO SHOW CAUSE)

By Order dated January 12, 2015, the parties were advised that a mediation must be concluded no later than October 9, 2015.  On February 23, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 24, 2015, at 1:00 p.m.  Plaintiff's counsel filed a Status Report Re Outcome of the Mediation on July 27, 2015, indicating that neither defendant nor defendant's counsel appeared at the scheduled mediation.  Accordingly, **defendant and defendant's counsel are ordered to show cause, no later than August 4, 2015, why monetary sanctions should not be imposed for failure to comply with this Court's January 12, 2015, Order**.

cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch