# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.  SA CV 14-1435-WDK (PLAx)                                Date August 28, 2015

Title:   J & J Sports Productions, Inc. v. Tarek Yousef

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      **(ORDER TO SHOW CAUSE)**

By Order dated January 12, 2015, the parties were advised that a mediation must be concluded no later than October 9, 2015.  On February 23, 2015, a Notice of Mediation Date was filed advising the parties that a mediation was scheduled for Friday, July 24, 2015, at 1:00 p.m.  A Mediation Report was filed on July 28, 2015, by the ADR Director, indicating that neither defendant nor defendant's representative appeared at the scheduled mediation.  Accordingly, on July 28, 2015, defendant was ordered to show cause, no later than August 4, 2015, why monetary sanctions should not be imposed on defendant for failure to comply with this Court's January 12, 2015, Order.  To date, neither defendant nor defendant's counsel has responded to the order to show cause in any manner.  In these circumstances, the Court finds that monetary sanctions are warranted.

Accordingly, **no later than September 8, 2015, defendant and defense counsel, jointly and severally, shall pay to the Clerk of the Court the sum of $300.00** as a sanction for failing to comply with this Court's January 12, 2015, Order by not appearing for the scheduled mediation.


cc:     Hon. William D. Keller
        Gail Killefer, ADR Coordinator
        Counsel of record

Initials of Deputy Clerk   ch