Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Tarek Yousef, <br><br> Defendant. | CASE NO. 8:14-cv-01435-WDK-PLA <br><br> ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TAREK YOUSEF, individually and d/b/a LIBERTY BAIL BONDS |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant TAREK YOUSEF, individually and d/b/a LIBERTY BAIL BONDS, that the above-entitled action is hereby dismissed **without prejudice** against TAREK YOUSEF, individually and d/b/a LIBERTY BAIL BONDS.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 29, 2016, the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____          Dated:       04/21/16

**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

///

///

///